UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **MALLORI LEE MOSS,** | ) |
| | ) |
|     **Petitioner,** | ) |
| | ) |
| **v.** | )    Case No. 7:17-cv-0872-RDP-JEO |
| | ) |
| **WARDEN JODI UPTAIN,** | ) |
| | ) |
|     **Respondent.** | ) |

## **MEMORANDUM OPINION**

This is an action on a petition for writ of habeas corpus by a federal prisoner brought pursuant to 28 U.S.C. § 2241. (Doc. 1). Petitioner was convicted in the United States District Court for the Eastern District of Texas of conspiracy to commit bank fraud and aggravated identity theft and was sentenced on September 9, 2015, to a total term of 65 months. (Doc. 15-2 at 4, ¶ 14).

Petitioner claims she is entitled to credit on her federal sentence for the time she spent in state custody. (*Id*. at 2-4 & 6). Specifically, she seeks credit for time served from January 27, 2014, to September 21, 2014—a period of approximately eight months. (*Id*. at 6). She also apparently complains about having received an upward adjustment at sentencing for obstruction of justice. However, the only relief she seeks is "credit to be given for the time [she] served on [the state] charge -8 mo- from 1-27-14 to 9-21-14." (*Id*. at 4 & 6).

The court has determined via the Bureau of Prisons website[1] that Petitioner was released from custody on March 16, 2020.  Accordingly, this petition is moot and, therefore, is due to be dismissed.

A separate order will be entered.

**DONE** and **ORDERED** this April 29, 2020.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE

---

[1] *See* https://www.bop.gov/.